No. 95–442. U. S. HEALTHCARE, INC., ET AL. *v.* DUKES, TRUSTEE AD LITEM OF THE ESTATE OF DUKES, DECEASED, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–468. NATIONAL ENQUIRER, INC., ET AL. *v.* HOOD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–478. COMPAGNIE DE REASSURANCE D'ILE DE FRANCE ET AL. *v.* NEW ENGLAND REINSURANCE CORP. ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–488. ALASKA AIRLINES, INC., ET AL. *v.* CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–515. JONES-BLAIR CO. ET AL. *v.* HARDAGE STEERING COMMITTEE. C. A. 10th Cir. Certiorari denied.

No. 95–523. SPEARS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 95–526. ALDRIDGE ET AL. *v.* LILY-TULIP, INC. SALARY RETIREMENT PLAN BENEFITS COMMITTEE ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–530. DENVER & RIO GRANDE WESTERN RAILROAD CO. *v.* GREEN. C. A. 10th Cir. Certiorari denied.

No. 95–531. BILDER *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 95–533. BRANSON *v.* NOTT ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–536. FRIEDMAN ET UX. *v.* GRACE ET AL. C. A. 9th Cir. Certiorari denied.